UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON LEWIS,
    Plaintiff,

vs.                                        Case No.: 3:25cv1265/TKW/ZCB

CITY OF PENSACOLA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action. On August 18, 2025, after performing its screening duties under 28 U.S.C. § 1915(e)(2)(B), the Court struck Plaintiff's complaint as a shotgun pleading and ordered Plaintiff to file an amended complaint or notice of voluntary dismissal within fourteen days. (*See* Doc. 6). That deadline passed on September 2, 2025, but Plaintiff has not filed an amended complaint or notice of voluntary dismissal and has not otherwise responded.[1]

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with

---

[1] Plaintiff was expressly warned that his "failure to comply . . . will result in a recommendation of dismissal." (Doc. 6 at 10).

1

an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to file an amended complaint as directed); *Britton v. Voyles*, No. 5:18-CV-242-TKW/MJF, 2020 WL 5751642, at *2-3 (N.D. Fla. Sept. 1, 2020) (dismissing without prejudice where *pro se* plaintiff failed to comply with the Court's order to file an amended complaint or notice of voluntary dismissal), *adopted*, 2020 WL 5749996 (N.D. Fla. Sept. 25, 2020); *Logan v. Godwin*, No. 22-14171, 2023 WL 5528912, at *2 (11th Cir. Aug. 28, 2023) ("Ordinarily, a dismissal *without prejudice* for failure to comply with a court order is not an abuse of discretion.") (emphasis in original).

At Pensacola, Florida, this 8th day of September 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of the objections on all other parties.  A party who fails to

object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636