UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PRESTON LEWIS,**

    **Plaintiff,**

**v.**                                                           Case No. 3:25cv1265-TKW-ZCB

**CITY OF PENSACOLA, et al.,**

    **Defendants.**

                                                        /

## ORDER

On August 18, 2025, the magistrate judge issued an order striking Plaintiff's initial complaint and giving him 14 days to "file an amended complaint on the Court-approved complaint form." Doc. 6 at 9. On September 8, after no amended complaint was filed, the magistrate judge issued a Report and Recommendation (R&R) recommending that this case be dismissed based on Plaintiff's failure to comply with a court order. *See* Doc. 7. On September 10, the Clerk received and docketed Plaintiff's "second amended complaint" (Doc. 8), which was on the court-approved form and was dated (and postmarked) September 8.

The "second amended complaint" was not timely *filed*;[1] indeed, it was not even *mailed* until 3 days after the filing deadline.[2] Nevertheless, the "second amended complaint" will be accepted because it likely passed the R&R in the mail and it was received before the Court acted on the R&R. *See Brown v. Johnson*, 387 F.3d 1344, 1349 (11th Cir. 2004) (explaining that a plaintiff has a right to amend his complaint under Fed. R. Civ. P. 15(a) before a responsive pleading is filed even if the amendment occurs after a R&R recommending dismissal is issued). That said, Plaintiff is warned that his failure to meet court-ordered deadlines in the future may result in sanctions up to an including dismissal of this case. *See* Fed. R. Civ. P. 41(b); N.D. Fla. Loc. R. 41.1.

Accordingly, for the reasons stated above, it is **ORDERED** that:

1. The R&R (Doc. 7) is rejected.

2. This case is returned to the magistrate judge for further proceedings on the "second amended complaint."

---

[1] Generally, a document is "filed" when it is received by the Clerk, *see* Fed. R. Civ. P. 5(d)(2), not when it is mailed. There is an exception for filings by prisoners, but that exception does not apply because Plaintiff is not currently incarcerated.

[2] The August 18 order gave Plaintiff 14 days from the date of the order to file an amended complaint, but 3 additional days were added to that period under Fed. R. Civ. P. 6(d) because the order was served on Plaintiff by mail. Thus, the deadline for filing the amended complaint was September 5.

**DONE and ORDERED** this 11th day of September, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**